UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LILLITH ST. MARY | § | |
| | § | CIVIL ACTION NO. 4:16-cv-02296 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CONN APPLIANCES, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION TO ARBITRATION

Plaintiff Lillith St. Mary ("Plaintiff") files this Stipulation to Arbitration and would show the Court as follows:

1. Plaintiff filed her Original Complaint August 1, 2016, alleging violations under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* in connection with Conn's attempt to collect on a debt.

2. Plaintiff purchased merchandise from Conn's in exchange for a promise of payment. The Parties memorialized the financing terms in a retail installment contract that Plaintiff signed. The retail installment contract contains an arbitration provision that covers all claims arising from Plaintiff's debt. Because the claims in Plaintiff's Complaint fall within the scope of this provision, the parties have agreed to move this case to arbitration.

IT IS THEREFORE **AGREED AND STIPULATED** as follows:

i. Plaintiff's claims are subject to binding arbitration.

ii. The parties request the Court order this action to arbitration and stay the proceedings pending completion of arbitration.

Dated:   October 14th, 2016

Respectfully submitted,

| | |
|---|---|
| By: */s/ Michael A. Harvey* | By: */s/ Jenny DeFrancisco* |
| **Michael A. Harvey** | **Jenny DeFrancisco, Esq.** |
| State Bar No. 24058352 | CT Bar No.: 432383 |
| Munsch Hardt Kopf & Harr, P.C. | Lemberg Law, LLC |
| 700 Milam Street, Suite 2700 | 43 Danbury Road |
| Houston, Texas 77002 | Wilton, CT 06897 |
| Telephone:  (713) 222-4015 | Telephone: (203) 653-2250 |
| Facsimile:  (713) 222-1475 | Facsimile: (203) 653-3424 |
| E-mail: mharvey@munsch.com | E-mail: jdefrancisco@lemberglaw.com |
| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFF** |

**Of Counsel:**

**Christopher M. Jordan**
State Bar No. 24087817
Munsch Hardt Kopf & Harr, P.C.
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 222-1470
Fax:  (713) 222-1475
cjordan@munsch.com

**Christina M. Putman**
SBN: 24013361
FIN: 24426
In House Counsel
Conn's, Inc.
4055 Technology Forest Blvd.
Suite 210
The Woodlands, Texas  77381

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14th, 2016, a true and correct copy of forgoing document was electronically filed via the Court's CM/ECF filing system and served on all counsel of record.

>  */s/ Michael A. Harvey*
>  Michael A. Harvey

4840-8691-9226_1 014488.00104